**FILED: 10-24-2011**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Planet Goalie, Inc.,*

        **Plaintiff,**

        v.

*Monkeysports, Inc.*

        **Defendants.**

**CASE NO. CV 11-7263-GHK (JEMx)**

**JUDGMENT**

Pursuant to the Court's October 24, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Planet Goalie, Inc's ("Plaintiff") claims against Monkeysports, Inc. are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: October 24, 2011

_____
GEORGE H. KING
United States District Judge