O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET GOALIE, INC., | CASE NO. CV 11-07263 RZ |
| Plaintiff, | |
| vs. | JUDGMENT |
| MONKEYSPORTS, INC., | |
| Defendant. | |

In accordance with the Court's Statement of Undisputed Facts and Conclusions of Law,

IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by its Complaint herein, and that the action is dismissed with prejudice, Defendant to have and recover its costs of suit in accordance with law.

DATED: April 22, 2013

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE